# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                                  §
                                                        §
ZYWICKI, ROBERT M                                       §    Case No. 16-08662
                                                        §
            Debtor                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/14/2016 . The undersigned trustee was appointed on 03/14/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 12,979.01 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3,655.72 |
| Bank service fees | | 26.57 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 632.08 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 8,664.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/07/2016  and the deadline for filing governmental claims was  10/07/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,984.69 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,984.69 , for a total compensation of $ 1,984.69 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.61 , for total expenses of $ 2.61 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2017                         By:/s/JOSEPH E. COHEN
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 16-08662 ABG Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ZYWICKI, ROBERT M | | | Date Filed (f) or Converted (c): | 03/14/16 (f) |
| | | | | 341(a) Meeting Date: | 04/15/16 |
| For Period Ending: | 11/21/17 | | | Claims Bar Date: | 10/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium or cooperative, 7 Timber Lane Unit 13 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2. 2002 PT Cruiser mileage: 115,000 | 700.00 | 0.00 | | 0.00 | FA |
| 3. 2 TVs, Couch, Chairs, Lamps, Bedroom Set, Computer | 600.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearting Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 6. First Midwest Bank | 3,367.92 | 0.00 | | 0.00 | FA |
| 7. 180 Shares of Anixter International stock | 9,113.40 | 0.00 | | 12,979.01 | FA |
| 8. Fidelity Investments Account ending 7430 | 46,000.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | Unknown | 0.00 | | 0.00 | FA |
| 11. TAX REFUND (u) | 0.00 | 62.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $135,051.32       $62.00       $12,979.01       $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING TFR, NFR AND RELATED DOCUMENTS - 7/30/17.

TAX RETURNS FILED; AWAITING REFUND OF TAXES FROM IRS; TFR TO FOLLOW - 6/27/17. EMPLOYED ACCOUNTANT ON 3/17/17; TFR TO FOLLOW - 4/28/17

TRUSTEE FILED MOTION TO SELL ANIXTER STOCK; ORDER ENTERED 9/9/16 AND AWAITING RECEIPT OF FUNDS; TFR TO FOLLOW - 1/13/17.

TRUSTEE FILED MOTION TO APPROVE SALE OF STOCK - 10/31/16. TRUSTEE IS OBTAINING INFORMATION ON VALUE OF STOCK -

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 16-08662    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | ZYWICKI, ROBERT M | Date Filed (f) or Converted (c):    03/14/16 (f) |
| | | 341(a) Meeting Date:    04/15/16 |
| | | Claims Bar Date:    10/07/16 |

7/30/16.

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 16-08662 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ZYWICKI, ROBERT M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6454 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3850 | | |
| For Period Ending: | 11/21/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/17 | 7 | ANIXTER INTERNATIONAL INC. | | | 9,308.29 | | 9,308.29 |
| | | ANIXTER INTERNATIONAL INC. | Memo Amount: 12,979.01 | 1129-000 | | | |
| | | WELLS FARGO | Memo Amount: ( 15.00 ) | 2600-000 | | | |
| | | | Service Fee | | | | |
| | | WELLS FARGO SHAREHOLDER SERVICES | Memo Amount: ( 21.60 ) | 3991-000 | | | |
| | | | Commission | | | | |
| | | IRS | Memo Amount: ( 3,634.12 ) | 2810-000 | | | |
| | | | Federal Tax Withheld | | | | |
| 02/06/17 | 300001 | ROBERT M ZYWICKI | exemption claimed in Anixter Shares | 8100-000 | | 632.08 | 8,676.21 |
| | | 7 Timber Lane | | | | | |
| | | Unit 13 | | | | | |
| | | Vernon Hills, IL 60061 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.57 | 8,664.64 |
| * 06/23/17 | 300002 | ILLINOIS DEPT OF REVENUE | TAX YEAR 3/14/16 - 12/31/16 | 2820-003 | | 62.00 | 8,602.64 |
| | | P.O. BOX 19009 | FEIN 36-7683850 | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |
| * 10/04/17 | 11 | SUSANA A. MENDOZA, Treasurer | Tax payment returned by IDOR | 1224-003 | 62.00 | | 8,664.64 |
| | | | Income tax refund | | | | |
| * 11/21/17 | 11 | SUSANA A. MENDOZA, Treasurer | Tax refund | 1224-003 | -62.00 | | 8,602.64 |
| * 11/21/17 | | SUSANA A. MENDOZA, TREASURER | Correction for earlier deposit | 1224-003 | -62.00 | | 8,540.64 |
| * 11/21/17 | | SUSANA A. MENDOZA, TREASURER | Correction for earlier deposit | 1224-003 | 62.00 | | 8,602.64 |
| * 11/21/17 | 300002 | ILLINOIS DEPT OF REVENUE | Check reversed-funds returned to Tr | 2820-003 | | -62.00 | 8,664.64 |
| | | P.O. BOX 19009 | | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |

Page Subtotals  9,308.29  643.65

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 20.00e

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-08662 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ZYWICKI, ROBERT M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6454 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3850 | | | |
| For Period Ending: | 11/21/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 12,979.01 | COLUMN TOTALS | | 9,308.29 | 643.65 | 8,664.64 |
| | Memo Allocation Disbursements: | 3,670.72 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,308.29 | 643.65 | |
| | Memo Allocation Net: | 9,308.29 | Less: Payments to Debtors | | | 632.08 | |
| | | | Net | | 9,308.29 | 11.57 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 12,979.01 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 3,670.72 | Checking Account (Non-Interest Earn - *******6454 | | 9,308.29 | 11.57 | 8,664.64 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 9,308.29 | | | 9,308.29 | 11.57 | 8,664.64 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 21, 2017 |

Case Number: 16-08662
Debtor Name: ZYWICKI, ROBERT M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 001<br>3410-00 | ALAN D. LASKO & ASSOCIATES, PC<br>205 WEST RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Administrative | | $1,124.53 | $0.00 | $1,124.53 |
| ADMIN 1 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $1,987.30 | $0.00 | $1,987.30 |
| ADMIN 2 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,070.45 | $0.00 | $3,070.45 |
| 000002A 040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Priority | | $6,822.76 | $0.00 | $6,822.76 |
| 000001 070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $18,040.81 | $0.00 | $18,040.81 |
| 000002 070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Unsecured | | $1,755.20 | $0.00 | $1,755.20 |
| 000003 070<br>7100-00 | Willows Condominium Association<br>c/o Kovitz Shifrin Nesbit<br>175 North Archer Avenue<br>Mundelein, IL 60060 | Unsecured | | $6,573.29 | $0.00 | $6,573.29 |
| | Case Totals: | | | $39,374.34 | $0.00 | $39,374.34 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-08662
Case Name: ZYWICKI, ROBERT M
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 8,664.64

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,984.69 | $ 0.00 | $ 1,984.69 |
| Trustee Expenses: JOSEPH E. COHEN | $ 2.61 | $ 0.00 | $ 2.61 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,754.00 | $ 0.00 | $ 2,754.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 316.45 | $ 0.00 | $ 316.45 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, PC | $ 1,099.70 | $ 0.00 | $ 1,099.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, PC | $ 24.83 | $ 0.00 | $ 24.83 |

Total to be paid for chapter 7 administrative expenses $ 6,182.28
Remaining Balance $ 2,482.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,822.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia PA 19101-7346 | $ 6,822.76 | $ 0.00 | $ 2,482.36 |
| | Total to be paid to priority creditors | | | $ 2,482.36 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,369.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | $ 18,040.81 | $ 0.00 | $ 0.00 |
| 000003 | Willows Condominium Association c/o Kovitz Shifrin Nesbit 175 North Archer Avenue Mundelein, IL 60060 | $ 6,573.29 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia PA 19101-7346 | $ 1,755.20 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*