IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| --- | --- | --- |
|  | ) |  |
| **ROBERT M. ZYWICKI,** | ) | No. 16-08662 |
|  | ) |  |
| Debtor(s) | ) |  |

**PROOF OF SERVICE**

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on November 22, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                BY:/s/ Joseph E. Cohen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-08662<br>Northern District of Illinois<br>Chicago<br>Wed Nov 22 09:39:11 CST 2017 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Ditech Financial LLC<br>1100 Virginia Drive<br>#100a<br>Fort Washington, PA 19034-3276 | Household Finance Corp.<br>P.O. Box 1231<br>Brandon, FL 33509-1231 | Illinois Public Risk Fund a/s/o<br>Countrywide Fire Protection District<br>c/o James Messineo & Associates<br>1618 Colonial Parkway<br>Palatine, IL 60067-4725 |
| Johnson, Blumberg & Associates, LLC<br>230 West Monroe Street<br>Suite 1125<br>Chicago, IL 60606-4723 | Willows Condo Association<br>c/o Julie Jacobson<br>175 North Archer<br>Mundelein, IL 60060-2301 | Willows Condominium Association<br>c/o Kovitz Shifrin Nesbit<br>175 North Archer Avenue<br>Mundelein, IL 60060-2301 |
| Gregory K Stern<br>Gregory K. Stern, P.C.<br>53 West Jackson Blvd.<br>Suite 1442<br>Chicago, IL 60604-3536 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Robert M Zywicki<br>7 Timber Lane<br>Unit 13<br>Vernon Hills, IL 60061-1161 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (u)Willows Condominium Association | (u)Alan D Lasko |

End of Label Matrix
Mailable recipients    15
Bypassed recipients     3
Total                  18