IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROBERT M. ZYWICKI,** | ) | No. 16-08662 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:	See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Amended Final Report and Applications for Compensation and Deadline to Object, was sent on May 31, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300				BY:/s/ Joseph E. Cohen

```
Label Matrix for local noticing        Cohen & Krol                           U.S. Bankruptcy Court
0752-1                                  105 West Madison Street                Eastern Division
Case 16-08662                           Suite 1100                             219 S Dearborn
Northern District of Illinois           Chicago, IL 60602-4600                 7th Floor
Chicago                                                                        Chicago, IL 60604-1702
Wed Nov 22 09:39:11 CST 2017

Department of the Treasury              Discover Bank                          (p)DISCOVER FINANCIAL SERVICES LLC
Internal Revenue Service                Discover Products Inc                  PO BOX 3025
P.O. Box 7346                           PO Box 3025                            NEW ALBANY OH 43054-3025
Philadelphia PA 19101-7346              New Albany, OH  43054-3025


Ditech Financial LLC                    Household Finance Corp.                Illinois Public Risk Fund a/s/o
1100 Virginia Drive                     P.O. Box 1231                          Countrywide Fire Protection District
#100a                                   Brandon, FL 33509-1231                 c/o James Messineo & Associates
Fort Washington, PA 19034-3276                                                 1618 Colonial Parkway
                                                                               Palatine, IL 60067-4725


Johnson, Blumberg & Associates, LLC     Willows Condo Association              Willows Condominium Association
230 West Monroe Street                  c/o Julie Jacobson                     c/o Kovitz Shifrin Nesbit
Suite 1125                              175 North Archer                       175 North Archer Avenue
Chicago, IL 60606-4723                  Mundelein, IL 60060-2301               Mundelein, IL 60060-2301


Gregory K Stern                         Joseph E Cohen                         Patrick S Layng
Gregory K. Stern, P.C.                  Cohen & Krol                           Office of the U.S. Trustee, Region 11
53 West Jackson Blvd.                   105 West Madison Suite 1100            219 S Dearborn St
Suite 1442                              Chicago, IL 60602-4600                 Room 873
Chicago, IL 60604-3536                                                         Chicago, IL 60604-2027


Robert M Zywicki
7 Timber Lane
Unit 13
Vernon Hills, IL 60061-1161
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Card
P.O. Box 30943
Salt Lake City, UT 84130
```

                     The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ditech Financial LLC                 (u)Willows Condominium Association     (u)Alan D Lasko
```

```
End of Label Matrix
Mailable recipients    15
Bypassed recipients     3
Total                  18
```